IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BRAYAN DE LA CRUZ CUAHUTZIHUA,<br><br>    Defendant. | 8:23CR62<br><br>**ORDER** |

  **THIS MATTER** is before the court on the motion of James R. Kozel to withdraw as counsel for the defendant, Brayan De La Cruz Cuahutzihua (Filing No. 39). Deborah D. Cunningham has filed an entry of appearance as retained counsel for Brayan De La Cruz Cuahutzihua. Therefore, James R. Kozel's motion to withdraw (Filing No. 39) will be granted.

  James R. Kozel shall forthwith provide Deborah D. Cunningham any discovery materials provided to the defendant by the government and any such other materials obtained by James R. Kozel which are material to Brayan De La Cruz Cuahutzihua's defense.

  The clerk shall provide a copy of this order to Deborah D. Cunningham.

  **IT IS SO ORDERED.**

Dated this 10th day of April, 2023.

                    BY THE COURT:

                    s/ Susan M. Bazis
                    United States Magistrate Judge