IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRAYAN DE LA CRUZ CUAHUTZIHUA,<br><br>Defendant. | 8:23CR62<br><br>JUDGMENT |

In accordance with the Memorandum and Order entered today (Filing No. 250), judgment is entered in favor of the United States of America and against Brayan De La Cruz Cuahutzihua.

Dated this 8th day of October 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge